585 A.2d 401
NEWARK BETH ISRAEL MEDICAL CENTER v. ISADORE AND
ZACHARY ROSENFIELD.

October 16, 1990.

Petition for certification granted.

585 A.2d 402
MICHAEL SHERMAN AND RUTH SHERMAN v. BOROUGH OF
HARVEY CEDARS ZONING BOARD OF ADJUSTMENT.

October 16, 1990.

Petition for certification denied.  (See 242 *N.J.Super.* 421, 577 *A.*2d 170)

585 A.2d 402
WILLIE E. LE GRAND v. NEW JERSEY STATE
PAROLE BOARD.

October 16, 1990.

Petition for certification denied.

585 A.2d 402
ROSE SATZ v. H.T. HALL, INC.

October 16, 1990.

Petition for certification denied.